```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

      CHARLOTTE McCLAIN, INDIVIDUALLY
      AND ON BEHALF OF ALL OTHERS
      SIMILARLY SITUATED

                              Plaintiff(s)

         -vs-                                    05-Cv-6326T

      EASTMAN KODAK COMPANY, ET AL

                              Defendant(s)
_____
```

   John C. Millian, Esq. has submitted to the Court evidence that he is presently a member in good standing of various federal courts and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the request of John C. Millian, Esq. is granted.  Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

   Wherefore, upon receipt of the $75.00 admission fee, John C. Millian, Esq. will be admitted to practice <u>pro</u> <u>hac</u> <u>vice</u> in the above-captioned matter.

   ALL OF THE ABOVE IS SO ORDERED.

```
                              S/ MICHAEL A. TELESCA
                              MICHAEL A. TELESCA
                              United States District Judge
```

Dated:  Rochester, New York
    August 22, 2005