```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     CHARLOTTE McCLAIN, ET AL

                         Plaintiff(s)

        -vs-                                05-Cv-6326T

     EASTMAN KODAK COMPANY, ET AL

                         Defendant(s)
_____
```

Katharine M. Ryan, Esq. and Christopher L. Nelson, Esq. have submitted to the Court evidence that they are presently members in good standing of various state and federal courts and have requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the requests of Katharine M. Ryan, Esq. and Christopher L. Nelson, Esq. are granted.  Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

Wherefore, upon receipt of the $75.00 admission fee, Katharine M. Ryan, Esq. and Christopher L. Nelson, Esq. will be admitted to practice _pro hac vice_ in the above-captioned matter.

ALL OF THE ABOVE IS SO ORDERED.

```
                         S/ MICHAEL A. TELESCA
                         MICHAEL A. TELESCA
                         United States District Judge
```

Dated:  Rochester, New York
        November 23, 2005