```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     CHARLOTTE McCLAIN, Individually
     and On Behalf of All Others Similarly
     Situated, et al

                    Plaintiff(s)

        -vs-                                  05-Cv-6326T

     EASTMAN KODAK COMPANY

                    Defendant(s)
_____
```

Benjamin J. Sweet, Esq. has submitted to the Court evidence that he is presently a member in good standing of the Bar of Pennsylvania and various federal courts and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the request of Benjamin J. Sweet, Esq. is granted. Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

Wherefore, upon receipt of the $75.00 admission fee, Benjamin J. Sweet, Esq. will be admitted to practice pro hac vice in the above-captioned matter.

ALL OF THE ABOVE IS SO ORDERED.

```
                              S/ MICHAEL A. TELESCA
                              MICHAEL A. TELESCA
                              United States District Judge

Dated:  Rochester, New York
        May 16, 2006
```